[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14024
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 27, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00337-CV-1-VEH

ANTHONY E. CLARK,

Plaintiff-Appellant,

versus

THE SALVATION ARMY, LLC,
a Corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 27, 2009)

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

In this case, Anthony E. Clark sued The Salvation Army ("TSA") under

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a), claiming that it refused to hire him to a vacant position of social worker because he is a Roman Catholic and, moreover, "not a practicing Christian." As remedies, Clark sought injunctive relief, back pay, damages, and attorney's fees. The district court granted TSA summary judgment on the ground that 42 U.S.C. § 2000e-1(a) exempts religious organizations from Title VII's prohibition against employment discrimination on the basis of religion. Clark now appeals the court's judgment.

Section 2000e-1(a) "exempts religious organizations from Title VII's prohibition against discrimination in employment on the basis of religion." Corporation of Presiding Bishop of Church of Jesus Christ of Latter-Day Saints v. Amos, 483 U.S. 327, 329, 107 S.Ct. 2862, 2865, 97 L.Ed.2d 273 (1987); 42 U.S.C. § 2000e-1(a). The district court ruled correctly. Its judgment is accordingly

AFFIRMED.